```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, CA Bar #159267
    Senior Litigator
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    TOBIAS CHRISTOPHER VIGIL
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  NO. CR-S-06-299 WBS
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER
13      v.                         )
                                   )
14  TOBIAS CHRISTOPHER VIGIL,      )  Date:  September 20, 2006
                                   )  Time:  9:00 a.m.
15              Defendant.         )  Judge: Hon. William B. Shubb
                                   )
16  _____)
```

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Tobias Christopher Vigil, as follows:

The Status Conference date of August 23, 2006 should be continued until September 20, 2006.

The reason for the continuance is that the defense just received the discovery in this case, and needs sufficient time to read it, to provide it to the defendant, who is incarcerated, and to discuss it with the defendant.

Once counsel and defendant review the discovery, the undersigned should know whether the case will require investigation or research,

1 and will be able to advise the Court accordingly.

2     The parties stipulate and agree that time under the Speedy Trial Act
3 should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
4 Code T-4, to allow counsel reasonable time to prepare.

5 Dated: August 24, 2006

6     Respectfully submitted,

7     DANIEL BRODERICK
    Federal Defender

9     /s/ Caro Marks
    _____
10     CARO MARKS
    Assistant Federal Defender
11     Attorney for Defendant
    TOBIAS CHRISTOPHER VIGIL

13 Dated: August 24, 2006

14     MCGREGOR SCOTT
    United States Attorney

16     /s/ Samuel Wong

17     SAMUEL WONG
    Assistant U.S. Attorney

19 **ORDER**

20     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21 ordered that the August 23, 2006, at 9:00 a.m., status conference be
22 continued to September 20, 2006, at 9:00 a.m.  The Court finds that the
23 ends of justice to be served by granting a continuance outweigh the
24 best interests of the public and the defendant in a speedy trial.  It
25 is ordered that time from the date of the parties' stipulation to, and
26 including, the September 20, 2006, status conference shall be excluded
27 from computation of time within which the trial of this matter must be
28 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

1  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
2  time to prepare.
3  Dated:  August 23, 2006

```
                              _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
```

Stipulation & Order                     3