DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, CA Bar #159267
Senior Litigator
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TOBIAS CHRISTOPHER VIGIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-299 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| TOBIAS CHRISTOPHER VIGIL, ) | Date:  October 18, 2006 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant Tobias Christopher Vigil, as follows:

The Status Conference date of September 20, 2006 should be continued until October 18, 2006.

The reason for the continuance is that the defense is presently engaged in research involving Mr. Vigil's criminal history as it pertains to his offense level under the federal sentencing guidelines. Specifically, Mr. Vigil is charged with felon in possession of a firearm, 18 USC §922(g). That guideline features different base offense levels depending on whether the defendant's prior felonies include

1  "crime[s] of violence". Mr. Vigil has two convictions for eluding
2  police and one felony DUI with injury. The undersigned must complete
3  research about whether the two convictions for eluding police
4  (characterized in the documents pertaining to these convictions as
5  "high speed chases") and/or the DUI constitute "crimes of violence",
6  thus raising Mr. Vigil's base offense level under USSG §2K2.
7       After the undersigned has completed this research, Mr. Vigil will know
8  how to resolve his case.
9       The parties stipulate and agree that time under the Speedy Trial Act
10 should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
11 Code T-4, to allow defense counsel reasonable time to prepare.
12 Dated: September 20, 2006
13                                       Respectfully submitted,
14                                       DANIEL BRODERICK
                                         Federal Defender
15
16                                       /s/ Caro Marks
17                                       _____
                                         CARO MARKS
                                         Assistant Federal Defender
18                                       Attorney for Defendant
                                         TOBIAS CHRISTOPHER VIGIL
19
20 Dated: September 20, 2006
21                                       MCGREGOR SCOTT
                                         United States Attorney
22
23                                       /s/ Samuel Wong
24                                       _____
                                         SAMUEL WONG
                                         Assistant U.S. Attorney
25
26                            **ORDER**
27      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
28 ordered that the September 20, 2006, at 9:00 a.m., status conference be

Stipulation & Order                 2

1  continued to October 18, 2006, at 9:00 a.m.  The Court finds that the
2  ends of justice to be served by granting a continuance outweigh the
3  best interests of the public and the defendant in a speedy trial.  It
4  is ordered that time from the date of the parties' stipulation to, and
5  including, the October 18, 2006 status conference shall be excluded
6  from computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
8  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
9  time to prepare.
10 Dated:  September 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order                    4