```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  TOBIAS CHRISTOPHER VIGIL

 8

 9
                   IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,        ) No. CR-S-06-299 WBS
14                                   )
               Plaintiff,            )
15                                   ) STIPULATION AND [PROPOSED] ORDER
         v.                          ) TO CONTINUE STATUS CONFERENCE
16                                   )
    TOBIAS CHRISTOPHER VIGIL,        )
17                                   ) Date:  February 26, 2007
               Defendant.            ) Time:  8:30 a.m.
18                                   ) Judge: Hon. William B. Shubb
    _____  )
19

20

21       It is hereby stipulated between the parties, Samuel Wong,

22  Assistant United States Attorney for plaintiff United States of

23  America, and Caro Marks, Assistant Federal Defender and attorney for

24  defendant Tobias Christopher Vigil, as follows:

25       The Status Conference date of February 12, 2007, shall be

26  continued until February 26, 2007, at 8:30 a.m.  The reason for the

27  continuance is that U.S. Probation has completed its pre-plea criminal

28  history calculation requested by the parties and ordered by the Court
```

1 at the last hearing.  On or about February 6, 2007, Probation informed
2 the defense it concluded as a result of its pre-plea guidelines
3 calculations that Mr. Vigil may qualify as an armed career criminal
4 under §4B1.4 of the federal sentencing guidelines. If true, Mr. Vigil's
5 possible sentence would be greatly enhanced.
6     The defense needs additional time to discuss this development with
7 U.S. Probation and to conduct its own research on whether Mr. Vigil
8 qualifies as an armed career criminal under the sentencing guidelines.
9     The parties stipulate and agree that time within which the trial
10 of this matter must be commenced under the Speedy Trial Act should be
11 excluded pursuant to Title, 18 U.S.C. §3161(h)(8)(B)(iv), and Local
12 Code T-4, from the date of the stipulation up to and including the
13 February 26, 2007 status conference to allow defense counsel reasonable
14 time to prepare.

15 Dated: February 8, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
TOBIAS CHRISTOPHER VIGIL

Dated: February 8, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Samuel Wong

SAMUEL WONG
Assistant U.S. Attorney

Stip and Order\Vigil\06-299           -2-

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 12, 2007, status conference be continued to February 26, 2007, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the stipulation up to and including the February 26, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE