```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TOBIAS CHRISTOPHER VIGIL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>               Plaintiff,            )<br>                                     )<br>       v.                            )<br>                                     )<br>TOBIAS CHRISTOPHER VIGIL,            )<br>                                     )<br>               Defendant.            )<br>_____) | No. CR-S-06-299 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date:  March 12, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Samuel Wong, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender and attorney for defendant Tobias Christopher Vigil, as follows:

The Status Conference date of February 26, 2007, should be continued until March 12, 2007 at 8:30 a.m. The reason for the continuance is to allow Probation to receive additional documents it needs from other jurisdictions to conclude its analysis of Mr. Vigil's

1  criminal history. U.S. Probation Officer Linda Alger ordered the file
2  of one of Mr. Vigil's prior convictions, but received only part of it.
3  She has since ordered the remainder of the file and both parties
4  request the Court to continue this hearing until Probation has received
5  the entire file and analyzed it. Once Probation receives the file and
6  concludes its analysis of Mr. Vigil's criminal history, defense counsel
7  will need some time to review its findings.
8      The parties stipulate and agree that time within which the trial
9  of this matter must be commenced under the Speedy Trial Act should be
10 excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code
11 T-4, to allow defense counsel reasonable time to prepare.
12 Dated: February 23, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TOBIAS CHRISTOPHER VIGIL

20 Dated: February 23, 2007

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ Samuel Wong

                                        SAMUEL WONG
                                        Assistant U.S. Attorney

27 ///
28 ///

Stip and order for Vigil\06-299\   -2-

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 26, 2007 status conference be continued to March 12, 2007, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the signing of this order up to and including the March 12, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: February 26, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and order for Vigil\06-299\   -3-