BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOBIAS CHRISTOPHER VIGIL,<br><br>Defendant. | CASE NO. 2:06-CR-00299 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ADMIT/DENY HEARING TO AUGUST 17, 2015<br><br>DATE: August 10, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was set for admit/deny hearing on August 10, 2015.

2. By this stipulation, the parties jointly now move to continue the admit/deny hearing until August 17, 2015.

IT IS SO STIPULATED.

Dated: August 6, 2015
                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ MATTHEW M. YELOVICH
                                                        MATTHEW M. YELOVICH
                                                        Assistant United States Attorney

Dated: August 6, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ NOA OREN
NOA OREN
Assistant Federal Defender
Counsel for Defendant
TOBIAS CHRISTOPHER VIGIL

**ORDER**

IT IS SO ORDERED that due to the reasons stated in the parties' stipulation, the Court grants the continuance of the admit/deny hearing from August 10, 2015 to August 17, 2015 at 9:30 a.m.

Dated: August 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE