HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOBIAS VIGIL,<br><br>Defendant. | No. 06-cr-299 WBS<br><br>STIPULATION AND PROPOSED ORDER FOR TEMPORARY RELEASE<br><br>Judge: Hon. Dale Drozd |

The parties hereby stipulate and request that the Court issue an order granting Mr. Vigil's temporary release on Tuesday, August 11, 2015 from 8:30 a.m. to 7:30 p.m. to allow him to attend an endoscopy to determine if he is still suffering from internal bleeding. Assistant United States Attorney, Matt Yelovich and United States Probation Officer Toni Ortiz do not oppose this request.

Mr. Vigil has this procedure scheduled at North Valley Indian Health Chico Clinic. His wife, Ms. Constance Vigil will drive him to and from the appointment.

This Court previously detained Mr. Vigil after initial appearance on a petition for violation of his terms of supervised release.

The parties stipulate and agree: that Mr. Vigil be transported to the United States Marshal's Office on the 5th Floor of the United States Courthouse the morning of August 11, 2015; that Mr. Vigil be temporarily released from the Marshal's Office to the custody of the

Constance Vigil on August 11, 2015, from 8:30 a.m. to 7:30 p.m.; and, that Mr. Vigil's activity be limited solely to undergoing the endoscopy and then returning to the Sacramento County jail by 7:30 p.m.

Counsel for Mr. Vigil has conferred with the United States Marshal's Office, and has confirmed the Marshals will accommodate this plan so long as the Court approves of it.

DATED: August 7, 2015                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Noa Oren*
                                         NOA EVA OREN
                                         Assistant Federal Defender
                                         Attorney for Defendant

DATED: August 7, 2015                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Matthew Yelovich*
                                         MATTHEW YELOVICH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Vigil's temporary release from the United States Marshal to the custody of Constance Vigil on August 11, 2015, from 8:30 a.m. to 7:30 p.m.

Mr. Vigil's activity will be limited to traveling to his endoscopy and then returning to the Sacramento County jail by 7:30 p.m.

Dated:  August 7, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
vigil0299.stipo.temp.release