BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00299 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING TO SEPTEMBER 21, 2015 |
| v. | |
| TOBIAS CHRISTOPHER VIGIL, | DATE: August 31, 2015 TIME: 9:30 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This matter was set for admit/deny hearing on August 31, 2015.

2.      By this stipulation, the parties jointly now move to continue the admit/deny hearing until September 21, 2015.

IT IS SO STIPULATED.

Dated:  August 26, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ MATTHEW M. YELOVICH  
MATTHEW M. YELOVICH
Assistant United States Attorney

1

1    Dated:  August 26, 2015                    HEATHER E. WILLIAMS
                                               Federal Defender
2

3                                              /s/ NOA OREN
                                               NOA OREN
4                                              Assistant Federal Defender
                                               Counsel for Defendant
5                                              TOBIAS CHRISTOPHER
                                               VIGIL
6

7

8

9                                    **ORDER**

10          IT IS SO ORDERED that due to the reasons stated in the parties' stipulation, the Court grants the

11   continuance of the admit/deny hearing from August 31, 2015 to September 21, 2015 at 9:30 a.m.

12          Dated:  August 26, 2015

13

14                                             WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28