BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00299 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ADMIT/DENY HEARING TO SEPTEMBER 28, 2015 |
| v. | |
| TOBIAS CHRISTOPHER VIGIL, | DATE: September 21, 2015
TIME: 9:30 a.m.
COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was set for admit/deny hearing on September 21, 2015.

2. By this stipulation, the parties jointly now move to continue the admit/deny hearing until September 28, 2015.

IT IS SO STIPULATED.

Dated: September 18, 2015           BENJAMIN B. WAGNER
                                    United States Attorney


                                     /s/ MATTHEW M. YELOVICH
                                    MATTHEW M. YELOVICH
                                    Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
ADMIT/DENY HEARING

1

Dated: September 18, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ NOA OREN
NOA OREN
Assistant Federal Defender
Counsel for Defendant
TOBIAS CHRISTOPHER VIGIL

## ORDER

IT IS SO ORDERED that due to the reasons stated in the parties' stipulation, the Court grants the continuance of the admit/deny hearing from September 21, 2015 to September 28, 2015 at 9:30 a.m.

Dated: September 18, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE