1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TOBIAS VIGIL,<br><br>        Defendant. | No. 06-cr-299 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR TEMPORARY RELEASE<br><br>Judge: Hon. Edmund Brennan |

The parties hereby stipulate and request that the Court issue an order granting Mr. Vigil's temporary release on Wednesday, November 25, 2015 from 8:30 a.m. to 9:00 p.m. to allow him to undergo treatment for Hepatitis C. Assistant United States Attorney, Matt Yelovich and United States Probation Officer Toni Ortiz do not oppose this request.

Mr. Vigil has this procedure scheduled at North Valley Indian Health Chico Clinic. His wife, Ms. Constance Vigil will drive him to and from the appointment.

This Court previously detained Mr. Vigil after initial appearance on a petition for violation of his terms of supervised release.

The parties stipulate and agree: that Mr. Vigil be temporarily released from the Sacramento County jail to the custody of the Constance Vigil on November 25, 2015, no later than 8:30 a.m. until 9:00 p.m.; and, that Mr. Vigil's activity be limited solely to undergoing medical treatment and then returning to the Sacramento County jail by 9:00 p.m.

Counsel for Mr. Vigil has conferred with the United States Marshal's Office, and has confirmed the Marshals will accommodate this plan so long as the Court approves of it.

DATED: November 2, 2015                    Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Noa Eva Oren*
                                                  NOA EVA OREN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant

DATED: November 2, 2015                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Matthew Yelovich*
                                                  MATTHEW YELOVICH
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Vigil's temporary release from the Sacramento County jail to the custody of Constance Vigil on November 25, 2015, from 8:30 a.m. to 9:00 p.m.

Mr. Vigil's activity will be limited to traveling to his Hepatitis C treatment and then returning to the Sacramento County jail by 9:00 p.m.

DATED: NOVEMBER 3, 2015

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

cc:   Hon. William B. Shubb
      U.S. Marshals Operations Supervisor