IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00299-WBS |
| Plaintiff, | ORDER DENYING REQUEST TO SEAL DOCUMENT |
| v. | |
| TOBIAS VIGIL, | |
| Defendant. | |

    The court has reviewed Exhibit A to defendant's Objections to the Dispositional Memorandum, which deals with issues of defendant's health.  If the judicial branch is to maintain the confidence of the public, it is important that the public understand the reasons for the courts' rulings.  If the court is going to consider the issues discussed in this exhibit in determining the sentence, this is precisely the kind of information the public has a right to know if they are to understand the reasons for the court's sentence.

    The court does not find that defendant has met the test of <u>Oregonian Publishing Co. v. U.S. District Court</u>, 920 F.2d 1462, 1466 (9th Cir. 1990) for sealing that document.  Specifically, defendant has not demonstrated a sufficiently compelling interest to be served by sealing or a substantial probability that in the absence of sealing that interest would be harmed.  Further, defendant has not shown that there are no alternatives to sealing, such as redacting the document, that would adequately protect the interest defendant seeks the court to serve – and the

court notes that the gist of the document is already discussed in defendant's Objections, which defense counsel does not ask to seal.

    IT IS THEREFORE ORDERED that defendant's request to seal Exhibit A to defendant's Objections to the Dispositional Memorandum be, and the same hereby is, DENIED.

Dated:  December 4, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE