BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TOBIAS CHRISTOPHER VIGIL, <br><br> Defendant. | CASE NO. 2:06-CR-00299 WBS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR REPLACING GOVERNMENT EXHIBITS A AND B TO ECF NO. 71 (GOVERNMENT'S MEMORANDUM FOR DISPOSITIONAL HEARING) WITH REDACTED VERSIONS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On December 3, 2015, the government filed its dispositional memorandum recommending a sentence of fourteen months, in anticipation of the dispositional hearing scheduled for December 7, 2015. See ECF No. 71. The memorandum was accompanied by two exhibits (A and B).

2. On December 4, 2015, defense counsel brought to the government's attention the government's inadvertent filing of exhibits to that memorandum without redacting certain personal identifying information of individuals named therein. See Local Rule 140 (requiring at least partial redaction of "Social Security numbers" and "Dates of birth" from all "pleadings, documents, and exhibits").

3. Accordingly, the parties jointly request that the government's previous Exhibits A and B

to its dispositional memorandum (see ECF No. 71) be replaced by the enclosed redacted Exhibits A and B.

IT IS SO STIPULATED.

Dated:  December 4, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Yelovich
Matthew M. Yelovich
Assistant United States Attorney

Dated:  December 4, 2015

/s/ Noa Oren
Noa Oren
Counsel for Defendant
TOBIAS CHRISTOPHER VIGIL

## ORDER

IT IS SO ORDERED that due to the reasons stated in the parties' stipulation, the Court grants the parties' request to replace Exhibits A and B to ECF No. 71 (government's dispositional memorandum) with the redacted versions offered by the government herein.

Dated:  December 7, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION

2