HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
TOBIAS CHRISTOPHER VIGIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:06-cr-299 WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) TO CONTINUE DISPOSITION HEARING ) AND REMOVE STATUS CONFERENCE ) FROM CALENDAR |
| TOBIAS CHRISTOPHER VIGIL, | ) Date: December 28, 2015 |
| Defendant. | ) Time: 9:00 a.m. ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through  Matt Yelovich, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Tobias Christopher Vigil that the disposition hearing be set on March 28, 2016 at 9:00 a.m. The parties also stipulate that the status conference, currently scheduled for  December 28, 2015, be removed from calendar. The status conference currently scheduled for December 28th is intended to discuss Mr. Vigil's medical status. Defense counsel has been in contact with Mr. Vigil's medical practitioner. Mr. Vigil is receiving Harvoni at the Sacramento County Jail so there is no need to appear unless the Court wishes it. Counsel for Mr. Vigil is satisfied that he is receiving the medical care he needs.

/ / /

/ / /

/ / /

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 24, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: December 24, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | */s/ Matt Yelovich*<br>MATT YELOVICH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically orders to continue the disposition hearing to March 28, 2016 at 9:00 a.m. It is further ordered that the December 28, 2015 status conference regarding Mr. Vigil's Medical Status will be removed from calendar.

Dated: December 24, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE