HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>TOBIAS VIGIL,<br><br>            Defendant. | No. 06-cr-299 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR TEMPORARY RELEASE<br><br>Judge: Hon. Edmund F. Brennan |

The parties hereby stipulate and request that the Court issue an order granting Mr. Vigil's temporary release on Wednesday, January 20, 2016 from 8:30 a.m. to 8:30 p.m. to allow him to attend a follow up medical appointment at Northern Valley Indian Health with Ms. McConnell. The appointment is scheduled for 1:30 p.m. on January 20, 2016.  Assistant United States Attorney, Matt Yelovich and United States Probation Officer Toni Ortiz do not oppose this request.  His wife, Ms. Constance Vigil will drive him to and from the appointment.

This Court previously detained Mr. Vigil after initial appearance on a petition for violation of his terms of supervised release.

The parties stipulate and agree: that Mr. Vigil be temporarily released from the Sacramento County Jail to the custody of the Constance Vigil on January 20, 2016, no later than 8:30 a.m. until 8:30 p.m.; and, that Mr. Vigil's activity be limited solely to receiving medical treatment at NVIH and then returning to the Sacramento County jail by 8:30 p.m.

Counsel for Mr. Vigil has conferred with the United States Marshal's Office, and has confirmed the Marshals will accommodate this plan so long as the Court approves of it.

DATED: January 15, 2016                    Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Noa Eva Oren*
                                                      NOA EVA OREN
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

DATED: January 15, 2016                    BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      */s/ Matthew Yelovich*
                                                      MATTHEW YELOVICH
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

The Court hereby orders Mr. Vigil's temporary release from the Sacramento County jail to the custody of Constance Vigil on January 20, 2016, from 8:30 a.m. to 8:30 p.m.

Mr. Vigil's activity will be limited to traveling to his medical appointment and then returning to the Sacramento County jail by 8:30 p.m.

DATED: January 15, 2016.

HON. EDMUND F. BRENNAN
United States Magistrate Judge

cc:   Ms. Anne Gaskins, United States Marshals Service