HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-cr-299 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR TEMPORARY RELEASE |
| v. | ) | |
| | ) | Judge: Hon. Carolyn K. Delaney |
| TOBIAS VIGIL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate and request that the Court issue an order granting Mr. Vigil's temporary release on Wednesday, February 17, 2016 from 7:00 a.m. to 7:30 p.m. to allow him to attend an appointment with nurse practitioner Deanna McConnell so that he can receive treatment for Hepatitis C.  Assistant United States Attorney, Matt Yelovich and United States Probation Officer Toni Ortiz do not oppose this request.

Mr. Vigil has this procedure scheduled at North Valley Indian Health Chico Clinic.  His wife, Ms. Constance Vigil will drive him to and from the appointment.

This Court previously detained Mr. Vigil after initial appearance on a petition for violation of his terms of supervised release.

The parties stipulate and agree: that Mr. Vigil be temporarily released from the Sacramento County jail to the custody of the Constance Vigil on February 17, 2016 no later than

1   7:00 a.m. until 7:30 p.m.; and, that Mr. Vigil's activity be limited solely to attending his medical

2   appointment and then returning to the Sacramento County jail by 7:30 p.m.

3        Counsel for Mr. Vigil has conferred with the United States Marshal's Office, and has

4   confirmed the Marshals will accommodate this plan so long as the Court approves of it.

5

6   DATED: February 4, 2016                    Respectfully submitted,

7                                              HEATHER E. WILLIAMS
                                               Federal Defender

8                                              */s/ Noa Eva Oren*
9                                              NOA EVA OREN
                                               Assistant Federal Defender
10                                             Attorney for Defendant

11  DATED: February 4, 2016                    BENJAMIN B. WAGNER
12                                             United States Attorney

13                                             */s/ Matthew Yelovich*
                                               MATTHEW YELOVICH
14                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# O R D E R

2      The Court, having received, read, and considered the stipulation of the parties, and good

3 cause appearing, adopts the stipulation of the parties in its entirety as its order.

4      The Court hereby orders Mr. Vigil's temporary release from the Sacramento County jail

5 to the custody of Constance Vigil on February 17, 2016, from 7:00 a.m. to 7:30 p.m.

6      Mr. Vigil's activity will be limited to traveling to his medical appointment and then

7 returning to the Sacramento County jail by 7:30 p.m.

8

9 Dated:  February 5, 2016

10                                                              _____
                                                               CAROLYN K. DELANEY
11                                                             UNITED STATES MAGISTRATE JUDGE

12 cc:    Anne Gaskins, USMS
         Sara Deppe, USMS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28