KRISTA HART
Attorney at Law
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Counsel for Tobias Vigil

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00299-WBS |
| Plaintiff/Appellee, | USCA 16-10203 |
| v. | ORDER |
| TOBIAS VIGIL, | |
| Defendant/Appellant. | |

**GOOD CAUSE APPEARING** the United States Probation Office is ordered to provide a copy of the original presentence report and a copy of the first dispositional memorandum (dated March 16, 2015) to attorney Krista Hart and to the United States Attorney.

Dated:   January 23, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE